UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHILA BOBYLKOVA,<br><br>               Plaintiff,<br><br>    v.<br><br>PICK-N-PULL,<br><br>               Defendant. | CASE NO. C19-5626 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge. Dkt. 21. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendant's motion for summary judgment, Dkt. 16, is **GRANTED**; and

(3)     The Clerk shall enter **JUDGMENT** and close this case.

Dated this 14th day of January, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER